Holly Roark, ISB No. 7143
**ROARK LAW OFFICES**
950 Bannock St. Ste. 1100
Boise, ID 83702
Telephone: (208) 536-3638
Facsimile: (310) 553-2601
Email: holly@roarklawboise.com

*Counsel for Defendant*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| In re: | Case No. 19-00880-JDP |
| RYAN WILLIAM HAWKES, and SUZANN MARGARET HAWKES, | Chapter 7 |
| Debtors. | |
| SPRING CREEK CAPITAL, LLC | Adv. No. 19-06057-JDP |
| Plaintiff, | |
| v. | |
| RYAN WILLIAM HAWKES | |
| Defendant, | |

**JOINT STATUS REPORT**

Defendant RYAN WILLIAM HAWKES ("**Defendant**") and Plaintiff SPRING CREEK CAPITAL, LLC's ("**Plaintiff** ") hereby file their Joint Status Report as directed by the Court's Pretrial Order on April 14, 2020, Docket No. 34.

Defendant represents as follows:

Discovery has been completed. Defendant is ready for trial but believes that this case should be dismissed by Plaintiff. Defendant does not anticipate filing any pretrial motions.

In response to Plaintiff's position on settlement (below), Defendant believes that due to the nature of the claims (all under section 727 of the Bankruptcy Code), which allegations the Defendant wholeheartedly disputes, that it is ethically questionable to "settle" such claims via a monetary settlement with a single creditor, and in any event, has no assets with which to settle.

Plaintiff represents as follows:

### DISCOVERY

The Parties completed discovery in the Adversary Proceeding on March 12, 2021, after Plaintiff filed a Motion to Compel to retrieve documents and information that had not yet been produced. Plaintiff deposed Mr. Hawkes on June 26, 2020.

### MOTIONS

Plaintiff does not anticipate filing any pretrial motions at this time.

### STATUS

Plaintiff has attempted to initiate settlement discussions, but Defendant has been unwilling to entertain these discussions. Additionally, Plaintiff has requested that the Parties submit to Judicial Mediation, but Defendant has been unwilling to do so. Plaintiff believes that it will prevail at trial but to no end and wishes to resolve this in a more efficient and cooperative manner. Plaintiff believes that Defendant should stipulate to treating Plaintiff's debt as a non dischargeable one.

DATED: July 16, 2021                                                   ROARK LAW OFFICES

/s/ Holly Roark
_____
Holly Roark, Attorney for Defendant


FOLEY FREEMAN, PLLC

/s/ Joshua M. O'Hare
_____
Joshua M. O'Hare
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on July 16, 2021, I filed the foregoing document electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

- Joshua M O'Hare johare@foleyfreeman.com and Patrick John Geile pgeile@foleyfreeman.com on behalf of Spring Creek Capital, LLC
- Holly Roark holly@roarklawboise.com on behalf of Defendant Ryan William Hawkes

      AND I FURTHER CERTIFY that on the same date above, I served the foregoing documents on the following non-CM/ECF Registered Participants in the manner indicated:

N/A


/s/ *Holly Roark*

_____
Holly Roark